

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00148-CR

_____

MICHAEL PAUL HENDRIX, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2014-F-00198

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Appellant Michael Paul Hendrix was convicted of injury to a child and sentenced to sixty-five years' imprisonment. Hendrix' court-appointed appellate counsel, Butch Dunbar, filed an *Anders*[1] brief on October 12, 2016. On October 21, 2016, Hendrix filed his pro se motion for access to the record. Accordingly, in accord with *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are required to enter an order specifying the procedure to be followed to ensure Hendrix' access to the record. This order is entered for the purpose of satisfying our duties as detailed in *Kelly*. *See id.*

Dunbar has advised this Court that he has maintained a copy of the reporter's record in Hendrix' case and that he will provide a copy of the reporter's record to Hendrix. Because Dunbar does not have a copy of the clerk's record, this Court will provide a copy of that record to Hendrix. Dunbar is ordered to report to this Court, in writing, when the reporter's record has been made available to Hendrix. Once we receive that notification and are satisfied that Hendrix has likewise received the clerk's record, this Court will set a firm deadline for Hendrix to file his pro se response to Dunbar's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: October 25, 2016

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).